# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>J&D PROPERTIES,<br><br>　　　　Defendant. | Case No. 1:20-cv-01604-NONE-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME FOR J&D PROPERTIES TO RESPOND TO COMPLAINT<br><br>(ECF No. 21) |

　　　　Pursuant to the parties' stipulation (ECF No. 21), the deadline for Defendant J&D Properties to respond to the complaint is extended to July 12, 2021.

IT IS SO ORDERED.

　　Dated:　**June 7, 2021**　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1