UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>    Plaintiff,<br><br>    v.<br><br>J&D PROPERTIES,<br><br>    Defendant. | Case No. 1:20-cv-01604-NONE-EPG<br><br>ORDER GRANTING STIPULATION TO EXTEND TIME FOR J&D PROPERTIES TO RESPOND TO COMPLAINT AND CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 23) |

      Before the Court is the parties' stipulation to extend the time for Defendant J&D Properties ("Defendant") to respond to the complaint. (ECF No. 23.) According to the complaint, issues have arisen regarding liability for the allegedly ADA non-compliant parking stall at issue in this case and the parties are attempting to resolve those issues. (*Id.*) The parties request a ten day extension of time for Defendant to respond to the complaint. (*Id.*) This is the parties' second stipulation to extend Defendant's response deadline. (ECF Nos. 21, 22.)

      Having considered the stipulation, the Court will grant the parties' request. The Court will also continue the Initial Scheduling Conference currently set for July 20, 2021.

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall file and serve its response to the complaint on or before July 22, 2021; and

2. The Initial Scheduling Conference currently set for July 20, 2021, is continued to August 25, 2021, at 10:30 AM in Courtroom 10 (EPG) before Magistrate Judge Erica P. Grosjean. To participate telephonically, each party is directed to use the following dial-in number and passcode: Dial-in Number 1-888-251-2909; Passcode 1024453. If <u>all</u> parties wish to appear by Zoom videoconference, they shall email courtroom deputy Michelle Rooney (mrooney@caed.uscourts.gov) no later than <u>two court days</u> before the hearing to arrange for video participation. The parties are also reminded to file a joint scheduling report one full week prior to the conference and email a copy of the same, in Word format, to epgorders@caed.uscourts.gov for the Judge's review.

IT IS SO ORDERED.

Dated: **July 14, 2021**  /s/ *Erica P. Grosjean*
UNITED STATES MAGISTRATE JUDGE