UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>               Plaintiff,<br><br>v.<br><br>J & D PROPERTIES,<br><br>               Defendant. | Case No. 1:20-cv-01604-NONE-EPG<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE<br><br>(ECF No. 25) |

On July 16, 2021, Plaintiff filed a notice voluntarily dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (ECF No. 25.) Therefore, this action has been terminated. Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to assign a district judge to this case for the purposes of closing the case and then to close the case.

IT IS SO ORDERED.

Dated: **July 19, 2021**          /s/ *Erica P. Grosjean*
                                                                         UNITED STATES MAGISTRATE JUDGE